UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROBIN ALLGOOD and DAVID COLLINS,
on behalf of themselves and all others
similarly situated,

       Plaintiffs,

vs.                                               Case No. 3:20-cv-516-MMH-MCR

PAPERLESSPAY CORPORATION
and MARK BROUGHTON,

       Defendants.
_____/

KEVIN THOMPSON and
TARA SHEARER,

       Plaintiffs,

vs.                                               Case No. 3:20-cv-864-MMH-JRK

PAPERLESSPAY CORPORATION,

       Defendant.
_____/

SAMUEL HUSS, on behalf of
himself and all others similarly situated,

       Plaintiff,

vs.                                               Case No. 3:20-cv-961-MMH-JRK

PAPERLESSPAY CORPORATION
and FAREWAY STORES, INC.,

       Defendants.
_____/

ELLEANOR SPANN, on behalf of
herself and all others similarly situated,

      Plaintiff,

vs.                                            Case No. 3:20-cv-1005-MMH-MCR

PAPERLESSPAY CORPORATION
and PRISMA HEALTH,

      Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Plaintiff Elleanor Spann (Dkt. No. 34; Notice) filed on April 29, 2021. In the Notice, Plaintiff Elleanor Spann requests dismissal of her case against Defendants PaperlessPay Corporation and Prisma Health without prejudice. See Notice at 2. Upon review of the docket, the Court notes that Defendants have neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

**ORDERED:**

1. The claims raised by Plaintiff Elleanor Spann against Defendants PaperlessPay Corporation and Prisma Health in this action are **DISMISSED without prejudice**.

2. Each party shall bear their own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions, close Case No. 3:20-cv-1005-MMH-MCR, and edit the case style of the lead case 3:20-cv-516-MMH-MCR accordingly.

4. The Clerk of the Court is further directed to add counsel of record for Plaintiff Elleanor Spann as counsel for Robin Allgood and David Collins in the lead case.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of May, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record